### JOHN BOQUIST v. L. J. ENGSTROM.[1]

#### May 17, 1907.

#### Nos. 15,122—(107).

Action in the district court for Marshall county to recover $125 upon a
promissory note. The case was tried before Watts, J., and a jury, which ren-
dered a verdict in favor of defendant. From the judgment entered pursuant
to the verdict, plaintiff appealed. Affirmed.

*Julius J. Olson* and *W. O. Braggans,* for appellant.

*P. A. McClernan,* for respondent.

PER CURIAM.

Appeal from the judgment of the district court of the county of Marshall in
an action to recover from the defendant on a promissory note of $125 made
and delivered by the defendant to the plaintiff.

The execution of the note was admitted. The defense was that there was
no consideration for the note and that its execution by the defendant was se-
cured by the fraud and deception of the plaintiff and his father. The de-
fendant had a verdict. The plaintiff made a motion for judgment notwith-
standing the verdict or for a new trial, which was denied. Judgment was then
entered upon the verdict.

The only question raised by the assignments of error is whether there is any
evidence to support the verdict. Our conclusion, from a consideration of the
record, is that the jury might well have returned a verdict for the plaintiff,

[1] Reported in 111 N. W. 1132.

but that the one they did find is not so manifestly against the weight of the evidence as to justify us in interfering with it.

Judgment affirmed.